**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CLARENCE D. SCHREANE,** : | |
| : | |
|     **Plaintiff** : | |
| : | **CIVIL NO. 3:CV-15-1204** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **ROBERT MARR,** *et al.*, : | |
| : | |
|     **Defendants** : | |

**O R D E R**

**AND NOW,** this **30th** day of **MARCH, 2017,** it is **ORDERED** that Plaintiff's Second and Third Motions for Appointment of Counsel (ECF Nos. 61 and 64) are **DENIED.**

                                            **/s/ A. Richard Caputo**
                                            **A. RICHARD CAPUTO**
                                            **United States District Judge**