**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CLARENCE D. SCHREANE,** : | |
| : | |
| Plaintiff : | |
| : | **CIVIL NO. 3:CV-15-1204** |
| v. : | |
| : | **(Judge Caputo)** |
| **ROBERT MARR,** *et al.*, : | |
| : | |
| **Defendants** : | |

**O R D E R**

**AND NOW**, this **3rd** day of **APRIL, 2017**, upon consideration of Defendants' to Dismiss and Motion for Summary Judgment (ECF No. 21) it is **ORDERED** that:

1. Defendants' motion for summary judgment (ECF No. 21) is **GRANTED.**

2. The Clerk of Court is directed to enter judgment in favor of defendants Robert Marr; B. Chambers; T. Lynn; Mr. Diltz; D. Olsheskie and Sarah Dees, and against Plaintiff, Clarence D. Schreane.

3. Based on the Court's decision, Mr. Schreane's pending motions for Motion for Declaratory Judgment (ECF No. 34), Motion for Extension of Time (ECF No. 52) and Motion for Order (ECF No. 69) are **DENIED** as moot.

4. The Clerk of Court shall **CLOSE** this file.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**